GARDEN STATE COMMUNITY HOSPITAL v. IRENE
C. WATSON.

May 17, 1983.

Petition for certification denied.

BRUCE GUENTHER v. NEW JERSEY DEPARTMENT OF
CIVIL SERVICE.

May 17, 1983.

Petition for certification denied.

STEPHEN MILLER v. PATRICK ARVONIO, ASSISTANT
SUPERINTENDENT RAHWAY STATE PRISON.

May 17, 1983.

Petition for certification denied.

NICHOLAS FIUME v. PATRICK ARVONIO, ASSISTANT
SUPERINTENDENT RAHWAY STATE PRISON.

May 17, 1983.

Petition for certification denied.